IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>          Plaintiff,<br><br>   v.<br><br>VISTA ALEGRE USA CORPORATION,<br><br>          Defendant. | Civil Action No. 1:25-cv-06695 |

## NOTICE OF SETTLEMENT

Plaintiff Holger Fiallo hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Vista Alegre USA Corporation. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: December 5, 2025　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ *Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
　　　　　　　　　　　　　　　　　　　　　　101 Pennsylvania Boulevard, Suite 2
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15228
　　　　　　　　　　　　　　　　　　　　　　Phone: (412) 857-5350

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 5th day of December, 2025.

                                                                  */s/ Benjamin J. Sweet*
                                                                   Benjamin J. Sweet